

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

ENTERED
12/06/2010

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-80518-G-7 |
| | § | |
| MATTHEW S WARDEN and KAREN A WARDEN, | § § § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, | § § § | |
| Movant | § | HEARING DATE: 12/03/2010 |
| | § | |
| v. | § | TIME: 10:00 AM |
| | § | |
| MATTHEW S WARDEN and KAREN A WARDEN; and JANET S. CASCIATO-NORTHRUP, Trustee | § § § § | |
| Respondents | § | JUDGE LETITIA Z. PAUL |

**DEFAULT/UNOPPOSED/UNCONTESTED ORDER GRANTING RELIEF FROM
AUTOMATIC STAY**
(This Order resolves Docket # 19)

U.S. BANK, N.A., ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST ("Movant") filed a motion for relief from the automatic stay against

19221 ROCK SPRINGS RD
NEWALLA, OK  74857

LOTS TWO (2) AND THREE (3), IN BLOCK TWO (2), OF SAND ROCK SPRINGS
ADDITION, TO OKLAHOMA CITY, CLEVELAND COUNTY, OAKLAHOMA,
ACCORDING TO THE RECORDED PLAT THEREOF THEREON BEAR THE
ADDRESS, 19221 ROCK SPRINGS RD, NEWALLA, OK 74857 PROVIDED FOR THE
INFORMATIONAL PURPOSES ONLY.

(the "Property").  Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.  As certified by Movant's counsel, there is no effective opposition to the requested relief.  Accordingly, the Court grants relief.

It is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies, including foreclosure, repossession and/or eviction with respect to the Property.

DEC - 6 2010                    ReservedForJudgeSignature

IF NO OPPOSITION OR REQUEST FOR HEARING HAS BEEN FILED 7 DAYS BEFORE THE SCHEDULED HEARING ON THE MOTION TO LIFT STAY, MOVANT MAY COMPLETE AND FILE THE FOLLOWING CERTIFICATION. IF THE CERTIFICATION IS MADE AT LEAST 2 DAYS PRIOR TO THE HEARING, (EXCLUDING INTERMEDIATE WEEKENDS AND HOLIDAYS), MOVANT NEED NOT ATTEND THE HEARING. THE COURT WILL EITHER ISSUE THE DEFAULT ORDER OR WILL RESCHEDULE THE HEARING IF THE COURT DETERMINES THAT A HEARING IS NEVERTHELESS NECESSARY.

**Counsel's Certification:**
Movant's motion for relief from the stay was served in accordance with applicable bankruptcy rules on November 05, 2010. I have reviewed the docket sheet in this case to confirm the accuracy of the statements in this certification. Any trustee response that has been filed reflects an absence of opposition. Additionally, I certify that (i) no response has been filed by the debtor or any creditor; (ii) although a response was filed, the only responses reflected an absence of opposition to the requested relief; or (iii) although a response was filed, the response did not deny ANY of the factual allegations in the motion.

/s/ MITCHELL BUCHMAN                                       11/30/2010
MITCHELL BUCHMAN                                           Date
TX NO. 03290750
S.D. TX NO. 6328
1900 ST. JAMES PLACE SUITE 500
HOUSTON, TX 77056
Telephone: (713) 621-8673
Facsimile: (713) 621-8583
E-mail: SDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT